APPEAL,CLOSED,JURY,PROSE-NP,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-01718-AHA

| | |
|---|---|
| COTTEN v. DISTRICT OF COLUMBIA GOVERNMENT | Date Filed: 05/30/2025 |
| Assigned to: Judge Amir H. Ali | Date Terminated: 05/07/2026 |
| Demand: $1,500,000 | Jury Demand: Plaintiff |
| Case in other court: USCA, 26-07124 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **JOANNE TAYLOR COTTEN** | represented by | **JOANNE TAYLOR COTTEN**<br>12405 Gabe Lane<br>Fort Washington, MD 20744<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA GOVERNMENT** | represented by | **Madeline Ochi**<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>400 6th Street NW<br>Washington, DC 20001<br>202-262-3014<br>Email: madeline.ochi1@dc.gov<br>*TERMINATED: 12/05/2025*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Thomas Gallagher**<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>400 6th Street NW<br>Washington, DC 20001<br>202-735-7376<br>Email: michael.gallagher@dc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2025 | 1 | COMPLAINT against DISTRICT OF COLUMBIA GOVERNMENT with Jury Demand filed by JOANNE TAYLOR COTTEN. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(zmtm) (Additional attachment(s) added on 6/13/2025: # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7) (zmtm). (Additional attachment(s) added on 6/13/2025: # 10 Exhibit Amended Order) (zmtm). (Entered: 06/13/2025) |

| | | |
|---|---|---|
| 05/30/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by JOANNE TAYLOR COTTEN. (zmtm) (Entered: 06/13/2025) |
| 05/30/2025 | | **Initiating Pleading & IFP Application Received.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zmtm) (Entered: 06/13/2025) |
| 06/20/2025 | 3 | ORDER denying without prejudice 2 Motion for Leave to Proceed in forma pauperis; plaintiff has 20 days from the entry date of this Order to pay the $405 filing fee or complete an application for leave to proceed in forma pauperis. See order for details. Signed by Judge Amit P. Mehta on 6/20/2025. (znmw) (Entered: 06/20/2025) |
| 07/03/2025 | | Filing fee received: $ 405, receipt number: 209902. (znmw) (Entered: 07/03/2025) |
| 07/03/2025 | | Case Assigned to Judge Amir H. Ali. (znmw) (Entered: 07/03/2025) |
| 07/14/2025 | 4 | STANDING ORDER. The parties are ordered to comply with the directives set forth in the attached standing order. See document for details. Signed by Judge Amir H. Ali on 7/14/2025. (lcaha3) (Entered: 07/14/2025) |
| 09/15/2025 | 5 | REQUEST FOR SUMMONS TO ISSUE filed by JOANNE TAYLOR COTTEN.(mg) (Entered: 09/18/2025) |
| 09/18/2025 | | SUMMONS (2) Issued as to District of Columbia Attorney General, and the District of Columbia Mayor. Sent to Plaintiff by mail. (mg) (Entered: 09/18/2025) |
| 09/29/2025 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on the Mayor of the District of Columbia. Date of Service Upon the Mayor for the District of Columbia on 9/16/2025., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the District of Columbia Attorney General. Date of Service Upon District of Columbia Attorney General 9/24/2025. ( Answer due for ALL D.C. DEFENDANTS by 10/15/2025.) (znmw) (Entered: 10/06/2025) |
| 10/15/2025 | 7 | MOTION to Dismiss by DISTRICT OF COLUMBIA GOVERNMENT. (Ochi, Madeline) (Entered: 10/15/2025) |
| 12/05/2025 | 8 | NOTICE OF SUBSTITUTION OF COUNSEL by Michael Thomas Gallagher on behalf of DISTRICT OF COLUMBIA GOVERNMENT Substituting for attorney Madeline Ochi (Gallagher, Michael) (Entered: 12/05/2025) |
| 12/11/2025 | 10 | Memorandum in opposition to re 7 MOTION to Dismiss filed by JOANNE TAYLOR COTTEN. (Attachments: # 1 Exhibit)(mg) (Entered: 12/15/2025) |
| 12/15/2025 | 9 | VACATED PURSUANT TO MINUTE ORDER FILED ON 12/15/2025.....ORDER. Plaintiff is directed to respond to Defendant District of Columbia Government's 7 motion to dismiss by January 5, 2026. See document for details. Signed by Judge Amir H. Ali on 12/15/2025. (lcaha3) Modified on 12/16/2025. (zalh) (Entered: 12/15/2025) |
| 12/15/2025 | | MINUTE ORDER. The court's December 15, 2025, order is vacated. Defendant shall file any reply to Plaintiff's 10 memorandum in opposition to motion to dismiss by December 29, 2025. Signed by Judge Amir H. Ali on 12/15/2025. (lcaha3) (Entered: 12/15/2025) |
| 12/29/2025 | 11 | REPLY to opposition to motion re 7 Motion to Dismiss filed by DISTRICT OF COLUMBIA GOVERNMENT. (Gallagher, Michael) (Entered: 12/29/2025) |
| 05/05/2026 | 12 | MEMORANDUM OPINION. Defendant's 7 motion to dismiss is granted and this action is dismissed without prejudice. See document for details. Signed by Judge Amir H. Ali on 05/05/2026. (lcaha3) (Entered: 05/05/2026) |

USCA Case #26-7124    Document #2180334    Filed: 06/24/2026    Page 3 of 3

| | | |
|---|---|---|
| 05/05/2026 | 13 | ORDER. For the reasons stated in the accompanying memorandum opinion, Defendant's 7 motion to dismiss is granted and this action is dismissed without prejudice. The Clerk of Court is directed to close the case. Signed by Judge Amir H. Ali on 05/05/2026. (lcaha3) (Entered: 05/05/2026) |
| 06/04/2026 | 14 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 13 Order on Motion to Dismiss, by JOANNE TAYLOR COTTEN. Fee Status: No Fee Paid. (Attachments: # 1 Exhibit) (mg) (Entered: 06/05/2026) |
| 06/04/2026 | 15 | MOTION for Leave to Appeal in forma pauperis by JOANNE TAYLOR COTTEN. (mg) (Entered: 06/05/2026) |
| 06/05/2026 | 16 | NOTICE of Exhibits by JOANNE TAYLOR COTTEN re 14 Notice of Appeal to DC Circuit Court (Attachments: # 1 Exhibit)(mg) (Entered: 06/05/2026) |
| 06/05/2026 | | USCA Appeal Fees received $ 605 receipt number 211995 re 14 Notice of Appeal to DC Circuit Court filed by JOANNE TAYLOR COTTEN (mg) (Entered: 06/05/2026) |
| 06/05/2026 | 17 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 14 Notice of Appeal to DC Circuit Court. (mg) (Entered: 06/05/2026) |
| 06/08/2026 | 18 | Supplemental Record on Appeal transmitted to US Court of Appeals re 14 Notice of Appeal to DC Circuit Court ;USCA Case Number Unknown. (mg) (Entered: 06/08/2026) |
| 06/09/2026 | | USCA Case Number 26-7124 for 14 Notice of Appeal to DC Circuit Court filed by JOANNE TAYLOR COTTEN. (mg) (Entered: 06/10/2026) |
| 06/22/2026 | | MINUTE ORDER. The court is in receipt of Plaintiff's 15 motion for leave to appeal in forma pauperis. Plaintiff's motion indicates that she is currently employed, with a take-home pay of $2700 per pay period. In addition, Plaintiff has already paid the appeal fees. Accordingly, Plaintiff has not demonstrated an inability to pay the appeal fees, and her motion is denied. Signed by Judge Amir H. Ali on 06/22/2026. (lcaha3) (Entered: 06/22/2026) |